AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **Nevada**

1087574    05-0606M-01

UNITED STATES OF AMERICA

V.

DARYL NEIL BROWN

**WARRANT FOR ARREST**

Case Number: MJ-05-0144-RAM

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**DARYL NEIL BROWN**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Robbery

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___

ROBERT A. McQUAID, Jr.                United States Magistrate Judge
Name of Issuing Officer                Title of Issuing Officer

[signature]                            November 7, 2005, Reno, Nevada
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___REPORTING___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-14-05 | SEAN McLEOD | REPORTING |
| DATE OF ARREST 11-14-05 | SDUSM | Sean McLeod |