1 | DANIEL G. BOGDEN
United States Attorney
2 | ROBERT DON GIFFORD
Assistant United States Attorney
3 | 100 W. Liberty Street, Suite 600
Reno, Nevada 89501
4 | Tel: (775) 784-5438

5 | Attorneys for Plaintiff

**FILED**

NOV 7 2005

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

_____ DEPU

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | MJ-05-0144-RAM |
| v. | ) | |
| DARYL NEIL BROWN, | ) | COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE, |
| Defendant. | ) | SECTION 2113(a) - Bank Robbery |

Before the Honorable Robert A. McQuaid, Jr., United States Magistrate Judge, Reno, Nevada, the undersigned complainant being first duly sworn, states:

On or about November 3, 2005, in the District of Nevada, DARYL NEIL BROWN, defendant herein, by force, violence, and intimidation, did take from the person and the presence of another, money belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, located at                              , a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

Complainant as a Special Agent of the Federal Bureau of Investigation states there is probable cause to arrest the above named defendant as set forth in the attached affidavit.

## AFFIDAVIT OF SPECIAL AGENT MARCUS KNUTSON
## FEDERAL BUREAU OF INVESTIGATION

I, Marcus Knutson, being duly sworn, depose and state:

1) On November 3, 2005, at approximately 11:24 AM, a lone Native American male, approximately 6-04 in height and weighing over an estimated 300 pounds, entered the Wells Fargo Bank located at            ,  evada, a FDIC insured institution, and presented a what-appeared-to-be a fake check and a demand note to a bank teller. The fake check was hand printed on a Nevada State Department of Human Resources Welfare Division Medicaid Eligibility Certificate and made payable to "The Void" and was signed by "Chuck U. Farlley." The note, which was appeared to be computer-generated and was printed in color ink read, "Don't Panic! GOD is giving you a chance to SAVE the life of a child. This isn't a JOKE. If I don't make it to my DESTINATION in TIME, the child will be TRAPPED. I'm SORRY you have to be involved in this. What I need you to do is count out (27) $100 bills and (25) $20 bills and hand them to me. WAIT at least 15 minutes before you take any further action. That way everybody will be safe and nobody will get hurt. I greatly APPRECIATE your COMPLIENCE in this matter. Thank you and have a nice day!" The man received $2,780 in FDIC insured funds and exited the bank. The man was wearing a black Raiders baseball style cap, black jacket, glasses, and blue jeans. The teller advised that she was scared of the robber.

2) On November 4, 2005, the Humboldt County Sheriffs Office, Winnemucca, Nevada, received two separate "Secret Witness" telephone calls advising that the individual who had robbed the Wells Fargo Bank was believed to be an individual had worked at the       store in       , Nevada.

3) On November 4, 2005, the Humboldt County Sheriffs Office made contact with four employees at the       store located in `      a. The surveillance photograph from the bank robbery was shown to all four employees and all four employees identified the robber as Daryl Brown       .t records revealed that Brown resided at

4) On November 4, 2005, a separate individual contacted the Humboldt County Sheriffs Office, and advised that he saw a bank robbery surveillance photograph of the subject and "immediately recognized" the bank robber Daryl Neil Brown. Brown resided at                       , along with his disabled son Kyle Brown. Kyle Brown was receiving assistance from Medicaid or Medicare for his disability. Daryl and Kyle Brown had traveled to Reno, Nevada, on November 2, 2005 for a medical appointment for Kyle and had returned to Winnemucca on November 3, 2005, at an unknown time.

5) On November 4, 2005, another individual also was interviewed who also advised that she knew that the bank robbery suspect was Daryl Brown after viewing a surveillance photograph on local news broadcast, and was "100% sure" that the bank robber was indeed Brown. This individual also identified the hat and jacket in the surveillance photograph and advised that is "how he looks all of the time." This witness is the primary care giver to Brown's son Kyle, and sees Daryl Brown every day "every three hours" to provide medical care to Kyle. Johnson advised that Daryl and Kyle Brown had a doctor's appointment in Reno on the day of the robbery.

6) On November 4, 2005, other individuals were interviewed who further identified the suspect Brown and had last seen him at approximately 4:00 PM on the date of the robbery. Brown arrived at their home with Kyle. Brown was described as wearing his black Raiders cap, black jacket, blue jeans, and glasses. These witnesses also advised that Brown has been experiencing financial problems and they believed that he was "broke."

7) On November 5, 2005, Agents of the FBI interviewed the ex-wife of Daryl Brown and her husband. The ex-wife is also the mother of Kyle Brown. These witnesses also identified Daryl Brown in the photographs from the Bank Robbery. These witnesses described Brown as being 6-01 to 6-02 in height and stated that he weighs 325 to 350 pounds, and that he is currently in a "financial bind" and owes Wal-Mart $2,000 for outstanding checks that did not clear.

8) On November 5, 2005, Daryl Brown telephonically contacted an individual and informed her that he was aware that law enforcement was looking for him and that he would turn himself in at the end of the week.

9) Based on the foregoing, your affiant believes he has reasonable grounds and probable cause to believe that the above-mentioned individual has committed the crime of bank robbery in violation of Title 18, United States Code, Section 2113(a) and therefore requests an arrest warrant be issued.

MARCUS KNUTSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 7th day of November 2005.

ROBERT A. McQUAID, Jr.
United States Magistrate Judge