**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 11/28/05



Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: Bruce R. Thompson U.S. Courthouse & Fed
Bldg. 400 South Virginia Street
Reno, NV. 89501

RE: CR 05-606M (Daryl Neil Brown)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet      Warrant of Removal
- X   Complaint/Warrant      Order of Removal
-     Minute Order Appointing Counsel   X   Detention Order
-     Corporate Surety Bond   X   Waiver of Removal
-     Personal Surety Bond
- X   Other-Blotter dated 11/14/05,

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk